IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SELINA MAE KING, )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>UHAUL, REPWEST INSURANCE. )<br>CO., CLAIMS ADJUSTER )<br>DAN GUDDENDORF, )<br>　　　Defendants. ) | No. 3:14-CV-952-K |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed May 22nd, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE